**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Michael Deangelo GRIFFIN,**
**Defendant–Appellant.**

No. 06–13591

**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

March 15, 2007.

Joyce White Vance, Birmingham, AL, for Plaintiff–Appellee.

J. Edmund Odum, Jr., Birmingham, AL, for Defendant–Appellant.

Before TJOFLAT, BARKETT and HULL, Circuit Judges.

PER CURIAM:

Michael Deangelo Griffin appeals his convictions for possession with intent to

distribute cocaine base and possession of a firearm in furtherance of a drug trafficking crime, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 924(c)(1)(A)(i), respectively. Griffin stipulated at trial that two guns were found in his apartment, and that a gun, bulletproof vest, and ID badge were found in his car, and failed to object to testimony concerning these items. Nonetheless, Griffin now argues that the introduction of this evidence was unnecessarily cumulative and suggestive in violation of Fed.R.Evid. 403. Under these facts, we find no error in the admission of these items into evidence.

**AFFIRMED.**